IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELL JONES,

     Plaintiff,               No. 2:10-cv-0396 JAM JFM (PC)

   vs.

K. BARRON,

     Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.  On September 29, 2010, plaintiff filed a documents styled as a response to defendants' answer to the complaint.  Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

/////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's September 29, 2010
2 response to the answer filed in this action is disregarded.
3 DATED: October 19, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
jone0396.77e