1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCELL JONES,

11            Plaintiff,                    No. 2:10cv396 JAM JFM (PC)

12        vs.

13   K. BARRON,

14            Defendant.              ORDER

15   _____/

16        Plaintiff is a California state prisoner proceeding without counsel in a civil rights action

17   under 42 U.S.C. § 1983.  The court finds appointment of counsel is warranted.  John Robert

18   ("J.R.") Parker has been selected from the court's pro bono attorney panel to represent plaintiff

19   and has accepted the appointment.

20            Accordingly, IT IS HEREBY ORDERED that:

21        1.  J.R. Parker is appointed as counsel in the above entitled matter.

22        2.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

23   spark@caed.uscourts.gov if he has any questions related to the appointment.

24

25

26

1        3.  The Clerk of the Court is directed to serve a copy of this order upon J.R. Parker,

2   Kershaw, Cutter & Ratinoff, LLP, 401 Watt Avenue, Sacramento, California 95864.

3

4   **DATED:** July 31, 2013

5                                                    /s/ John A. Mendez

6                                                    UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26