IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELL JONES,

      Plaintiff,                  No. 2:10cv396 JAM JFM (PC)

   vs.

K. BARRON,

      Defendant.        <u>ORDER</u>

_____/

     Plaintiff is a California state prisoner proceeding without counsel in a civil rights action under 42 U.S.C. § 1983. The court finds appointment of counsel is warranted. John Robert ("J.R.") Parker has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

     Accordingly, IT IS HEREBY ORDERED that:

    1. J.R. Parker is appointed as counsel in the above entitled matter.

    2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3.  The Clerk of the Court is directed to serve a copy of this order upon J.R. Parker, Kershaw, Cutter & Ratinoff, LLP, 401 Watt Avenue, Sacramento, California 95864.

**DATED:** July 31, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE