

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Marcell Jones

        Plaintiff(s)

vs.

K. Barron

        Defendants.
_____/

No. 2:10-cv-0396

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, John R. Parker, Jr., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on July 31, 2013, by the Honorable John A. Mendez, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Drive to High Desert State Prison in Susanville, CA, to meet and consult with Plaintiff, Marcell Jones. The total round trip mileage from Mr. Parker's place of employment in Sacramento, CA to High Desert State Prison in Susanville, CA is 430.78. The amount of $243.39 was ascertained by multiplying 430.78 miles by the "Privately Owned Vehicle (POV) Mileage Reimbursement Rate" for Federal Employees (GSA mileage rate) of $0.565 per mile.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 243.39.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-0396

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of September, 20 13, at Scramento, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 9-17-2013

_____
United States District Judge/Magistrate