JOHN R. PARKER, JR.
KERSHAW CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Tel.: 916.448.9800
Fax: 916.669.4499
Email: jparker@kcrlegal.com
*Attorney for Plaintiff*

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 322-4638
Fax:  (916) 324-5205
E-mail:  Kelli.Hammond@doj.ca.gov
*Attorneys for Defendant Barron*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELL JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**K. BARRON, et al.,**<br><br>Defendant. | 2:10-cv-0396 JAM KJN (PC)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE DATES** |

   Pursuant to the joint stipulation of the parties, it is hereby ordered that the trial in this matter is continued to April 13, 2015 at 9:00 a.m.. Additionally, it is ordered that the pre-trial conference is continued to February 20, 2015 at 11:00 a.m, with a joint pre-trial conference

1

statement to be filed no later than February 13, 2015.

IT IS SO ORDERED

DATED:    4/30/2014

                              /s/ John A. Mendez_____
                              Hon. John A. Mendez
                              United States District Court Judge