# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Marcell Jones

        Plaintiff(s)

  vs.

K. Barron et. al.

        Defendants.

No. 2.10-cv-00396 JAM KLN

**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian K. Wanerman, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 12, 2014, by the Honorable John A. Mendez, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Round-trip travel in personal automobile from Attorney's residence in Sacramento, CA to the Substance Abuse Treatment Facility in Corcoran, CA for the purpose of conducting an initial meeting with plaintiff.
>
> Cost of travel calculated by obtaining one-way mileage from Google Maps, multipled x 2, multiplied x the federal reimbursement rate for travel in a personal automobile of $0.56/mile posted on the website of the United States General Services Administration at:
> http://www.gsa.gov/portal/content/100715?utm_source=OGP&utm_medium=print-radio&utm_term=HP_01_Requested_povmileage&utm_campaign=shortcuts

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 253.12.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:10-cv-00396 JAM KLN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $253.12 | Travel to prison for initial meeting with client | $253.12 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of June, 2014, at Sacramento, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved ____ Denied

Or,

____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 6/21/2014

_____
United States District Judge/Magistrate Judge